JUDGE CROTTY

**07 CV 6400**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GIGANTIC MARKETING INC.          :
                                 :
    *Plaintiff,*          :  Case No.:
                                 :
v.                               :
                                 :
WE ARE GIGANTIC, LLC             :
                                 :  ECF CASE
    *Defendant.*          :
-----------------------------------------------------------x

RECEIVED
JUL 1 3 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## PLAINTIFF GIGANTIC MARKETING INC.'S
## DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Gigantic Marketing Inc. ("Gigantic") (a private non-governmental corporate party), certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: July 13, 2007
   New York, NY

              Respectfully submitted,

              DARBY & DARBY P.C.

          By: _____
              Amy J. Benjamin (AB-6886)
              Atul R. Singh (AS-0873)
              7 World Trade Center
              250 Greenwich Street
              New York, NY 10007-0042
              Tel: (212) 527-7700
              Fax: (212) 527-7701
              Email: abenjamin@darbylaw.com
                  asingh@darbylaw.com

              *Attorneys for Plaintiff*:
              Gigantic Marketing Inc.