**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
GIGANTIC MARKETING, INC.,                  :
                                           :
        *Plaintiff*,                 :
                                           :
   v.                                      :   Case No. 07-CV-6400 (PAC) (RLE)
                                           :
WE ARE GIGANTIC, LLC, and                  :
NEIL POWELL,                               :
                                           :   **ECF CASE**
        *Defendants*.              :
-------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, I hereby enter my appearance as counsel in this case for Plaintiff, Gigantic Marketing, Inc. I certify that I am admitted to practice before this Court.

Dated: July 16, 2007                       Respectfully submitted,
      New York, NY

                                    DARBY & DARBY P.C.

                    By:    s/Atul R. Singh
                                   Atul R. Singh (AS-0873)
                                   7 World Trade Center
                                   250 Greenwich Street
                                   New York, NY 10007-0042
                                   Tel:   212.527.7700
                                   Fax:   212.527.7701
                                   Email: asingh@darbylaw.com

                                   *Attorneys for Plaintiff*
                                   Gigantic Marketing, Inc.