◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

GIGANTIC MARKETING, INC

**SUMMONS IN A CIVIL ACTION**

V.

WE ARE GIGANTIC, LLC; and NEIL POWELL

CASE NUMBER:

**07 CV 6400**

**JUDGE CROTTY**

TO: (Name and address of Defendant)

WE ARE GIGANTIC, LLC
411 Lafayette Street, 6th Floor
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 1 3 2007

CLERK J. MICHAEL McMAHON   DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GIGANTIC MARKETING, INC.,                         JUDGE: CROTTY
       Plaintiff(s),                              Index No. 07 CV 6400

  -against-                                          AFFIDAVIT OF SERVICE
WE ARE GIGANTIC, LLC; and NEIL POWELL,
       Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 27th day of July 2007, at approximately the time of 1:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL PRACTICES JUDGE PAUL A. CROTTY, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, PLAINTIFF GIGANTIC MARKETING INC.'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7. 1. AND CIVIL COVER SHEET** upon We Are Gigantic, LLC at 411 Lafayette Street, 6th Floor, New York, NY 10003, by personally delivering and leaving the same with Kevin Lavan, CFO, who informed deponent that he is an officer authorized by law to receive service at that address.

      Kevin Lavan is a white male, approximately 50 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 190 pounds with white hair and light eyes.

_/s/ Hector Figueroa_
HECTOR FIGUEROA #870141

Sworn to before me this
31st day of July, 2007

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008

NOTARY PUBLIC