AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____    District of    _____New York_____

GIGANTIC MARKETING, INC

**SUMMONS IN A CIVIL ACTION**

V.

WE ARE GIGANTIC, LLC; and NEIL POWELL

CASE NUMBER: **07 CV 6400**

**JUDGE CROTTY**

TO: (Name and address of Defendant)

NEIL POWELL
411 Lafayette Street, 6th Floor
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

JUL 1 3 2007

_____    _____
CLERK                       DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GIGANTIC MARKETING, INC.,
       Plaintiff(s),

    -against-

WE ARE GIGANTIC, LLC; and NEIL POWELL,
      Defendant(s).
-----------------------------------------------------------X

JUDGE: CROTTY
Index No. 07 CV 6400

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 27th day of July 2007, at approximately the time of 1:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL PRACTICES JUDGE PAUL A. CROTTY, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS, PLAINTIFF GIGANTIC MARKETING INC.'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7. 1. AND CIVIL COVER SHEET** upon Neil Powell at 411 Lafayette Street, 6th Floor, New York, NY 10003, by personally delivering and leaving the same with Kevin Lavan, CFO, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Neil Powell is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

Kevin Lavan is a white male, approximately 50 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 190 pounds with white hair and light eyes.

That on the 30th day of July 2007, deponent served another copy of the foregoing upon Neil Powell at 411 Lafayette Street, 6th Floor, New York, NY 10003 by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words

"PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the

outside that it is from an attorney or concerns an action against the person to be served, and

depositing the same into an official depository maintained by the Government of the United

States, City and State of New York.

HECTOR FIGUEROA #870141

Sworn to before me this
31st day of July, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__