(RSTTY/S.

Edward H. Rosenthal (ER-8022)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175
Email: erosenthal@fkks.com

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  AUG 0 9 2007        │
└─────────────────────────────────┘
```

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GIGANTIC MARKETING, INC.,               :        07 Civ. 6400 (PAC)
                                        :
                     Plaintiff,         :        STIPULATION
                                        :
        v.                              :
                                        :
WE ARE GIGANTICE, LLC and NEIL POWELL,  :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

parties herein, that defendants' time to answer, move or otherwise respond to the complaint in

this action is extended to and including September 10, 2007.

DARBY & DARBY P.C.                          FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____                       By: _____
    Amy J. Benjamin (AB-6856)                   Edward H. Rosenthal (ER-8022)
    Atul R. Singh (AS-0673)                     488 Madison Avenue
    7 World Trade Center                        New York, New York 10022
    250 Greenwich Street                        Tel. (212) 980-0120
    New York, New York 10007-0042               Fax. (212) 593-9175
    Tel. (212) 527-7700                         *Attorneys for Defendants*
    Fax. (212) 527-7701
    *Attorneys for Plaintiff*

IT IS SO ORDERED:   8/9/07

_____
United States District Judge

FKKS: 338885.v1                                                          13512.100