Edward H. Rosenthal (EH-8022)
Cameron A. Myler (CM-7942)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
Email: erosenthal@fkks.com
cmyler@fkks.com

*Attorneys for Defendants
MargeotesFertittaPowell LLC
(incorrectly named herein as
We Are Gigantic, LLC) and Neil Powell*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GIGANTIC MARKETING, INC.,   :
                            :
        Plaintiff,          :
                            :   07-CV-6400 (PAC)
    -against-               :
                            :
                            :   **RULE 7.1 STATEMENT**
WE ARE GIGANTIC, LLC and    :
NEIL POWELL,                :
                            :
        Defendants.         :
-------------------------------------------------------------X

Pursuant to rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant MargeotesFertittaPowell LLC (incorrectly named herein as We Are Gigantic, LLC), a private (non-governmental) party, certifies that the following entity owns 10% or more of the stock of certain privately held entities that are the majority owners of such

defendant: MDC Partners Inc., a corporation organized under the laws of Canada.

Dated: New York, New York
September 10, 2007

>FRANKFURT KURNIT KLEIN & SELZ, P.C.
>
>By: _____
>Edward H. Rosenthal (EH-8022)
>Cameron A. Myler (CM-7942)
>
>488 Madison Avenue
>New York, New York 10022
>Tel. 212-980-0120
>Fax: 212-593-9175
>
>*Attorneys for Defendants*
>*MargeotesFertittaPowell LLC*
>*(incorrectly named herein as*
>*We Are Gigantic, LLC) and Neil Powell*