(Rstrr/5.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GIGANTIC MARKETING, INC.,              :
                                       :
            Plaintiff,                 :
                                       :
    v.                                 :   Case No. 07-CV-6400 (PAC) (RLE)
                                       :
WE ARE GIGANTIC, LLC, and              :
NEIL POWELL,                           :
                                       :   ECF CASE
            Defendants.                :
----------------------------------------x

### STIPULATION AND ORDER TO AMEND CAPTION

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties, by their undersigned attorneys, hereby agree and stipulate to amend the caption to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GIGANTIC MARKETING, INC.,              :
                                       :
            Plaintiff,                 :
                                       :
    v.                                 :   Case No. 07-CV-6400 (PAC) (RLE)
                                       :
MARGEOTESFERTITTAPOWELL LLC            :
d/b/a WE ARE GIGANTIC and              :
NEIL POWELL,                           :
                                       :
            Defendants.                :
----------------------------------------x

{W:\21172\6003187-000\01252268.DOC *211726003187-000* }

Dated: 9/26/07
New York, NY

Respectfully submitted,

DARBY & DARBY P.C.

By: /s/ Amy J. Benjamin
Amy J. Benjamin (AB 6886)
Atul R. Singh (AS-0873)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel:  212.527.7700
Fax:  212.527.7701
Email: abenjamin@darbylaw.com
Email: asingh@darbylaw.com

*Attorneys for Plaintiff*
Gigantic Marketing, Inc.

Date: Sept 26, 2007

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/
Edward H. Rosenthal (ER-8022)
Cameron A. Myler (CM-7942)
488 Madison Avenue
New York, New York 10022
Tel: 212.980.0120
Fax: 212.593-9175
Email: erosenthal@fkks.com
Email: cmyler@fkks.com

*Attorneys for Defendants*
MargeotesFertittaPowell LLC d/b/a We Are
Gigantic and Neil Powell

So Ordered: /s/ Paul Crotty
Hon. Paul A. Crotty
Date: September 28, 2007