UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Gigantic Marketing, Inc.,

           Plaintiff,

        -against-

MargeotesFertittaPowell LLC, d/b/a
We Are Gigantic , et al.,

           Defendants.

-------------------------------------------------X

> **USDS SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: OCT 0 3 2007

**07 Civ 6400  (PAC)(RLE)**
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** **Settlement:** _for 45 DAys_ _____

_____
_____

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____ Habeas Corpus

_____Social Security

_____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial

**SO ORDERED**

_Paul A Crotty_ (signature)
_____

DATED:    New York, New York
           October 2, 2007

           Paul A. Crotty
           United States District Judge