AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GIGANTIC MARKETING, INC.,

    Plaintiff,

-against-

WE ARE GIGANTIC, LLC and
NEIL POWELL,

    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 6400 (PAC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants MargeotesFertittaPowell LLC (incorrectly named herein as We Are Gigantic, LLC) and Neil Powell

    I certify that I am admitted to practice in this court.

October 3, 2007
Date

*[signature]*
Signature

Cameron A. Myler     (CM-7942)
Print Name     Bar Number

488 Madison Avenue, 9th Fl.
Address

New York,    NY    10022
City    State    Zip Code

(212) 980-0120     (212) 593-9175
Phone Number     Fax Number