Crotty/J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
GIGANTIC MARKETING, INC.,

        *Plaintiff,*

    v.

MARGEOTESFERTITTAPOWELL LLC
d/b/a WE ARE GIGANTIC, and
NEIL POWELL,

        *Defendants.*
------------------------------------------------------x

Case No. 07-CV-6400 (PAC) (RLE)

ECF Case

## STIPULATION AND ORDER TO FILE
## AMENDED COMPLAINT AND TO AMEND CAPTION

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and further to the pre-motion conference held on November 19, 2007 before the Honorable Paul A. Crotty, United States District Judge, the undersigned counsel for the parties hereby agree that Plaintiff, Gigantic Marketing, Inc. ("Gigantic"), may amend its Complaint in the above action to add MDC Partners Inc. ("MDC") as an additional defendant, including amending its Complaint to add certain claims against MDC. Gigantic shall file its Amended Complaint within ten (10) days after the Court has "So Ordered" this Stipulation and the same has been electronically docketed by the Clerk of Court.

The undersigned counsel for Defendants agrees that it will accept service of Plaintiff's Amended Complaint on behalf of MDC. Defendants, including MDC, shall thereafter have until January 10, 2008 to answer or otherwise respond to Plaintiff's Amended Complaint.

The parties further agree and stipulate by their undersigned counsel that, pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, following Gigantic's filing of its Amended Complaint, the caption for the above action should be amended to read as follows:

FKKS: 341209.v1

15112.300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GIGANTIC MARKETING, INC.,

        *Plaintiff,*

v.

MARGEOTESFERTITTAPOWELL LLC
d/b/a WE ARE GIGANTIC,
NEIL POWELL, and
MDC PARTNERS INC.

        *Defendants.*
----------------------------------------------------------x

Case No.: 07-CV-6400 (PAC) (RLE)

JURY TRIAL DEMANDED

ECF CASE

Dated: 12/3/07
New York, NY

Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Amy J. Benjamin (AB-6886)
Atul R. Singh (AS-0873)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel:  212.527.7700
Fax:  212.527.7701
Email: abenjamin@darbylaw.com
Email: asingh@darbylaw.com

*Attorneys for Plaintiff*
Gigantic Marketing, Inc.

Date: December 1, 2007

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Edward H. Rosenthal
Edward H. Rosenthal (ER-8022)
Cameron A. Myler (CM-7942)
488 Madison Avenue
New York, New York 10022
Tel: 212.980.0120
Fax: 212.593-9175
Email: erosenthal@fkks.com
Email: cmyler@fkks.com

*Attorneys for Defendants*
MargeotesFertittaPowell LLC d/b/a We Are Gigantic and Neil Powell

So Ordered: /s/ Paul A. Crotty
Hon. Paul A. Crotty

Date: 12/4/2007