# Exhibit A



**ABOUT**

**CONTACT US**

90 West Street
Suite 20K
New York, NY 10006
212.366.1746 ph
646.365.3149 fx

contact@sogigantic.com

Visit our main site

Powered by TypePad
Member since 06/2004

### Blurring the lines



This morning the *The New York Times* is reporting a breakthrough deal between Viacom and the creators of *South Park*. What is most exciting is the fact that the deal sets the stage to redefine the business model between advertisers, networks and content:

> Television networks have long maintained a wall between ad revenue and the compensation they pay the talent. As recently as 2000, Leslie Moonves of CBS erupted upon realizing that Mark Burnett, the creator of "Survivor," had been given a share of revenue from its first season — saying this was tantamount to letting the inmates run the asylum — and a new deal gave Mr. Burnett a much bigger license fee instead.
>
> Doug Herzog, president of MTV Networks Entertainment, acknowledged that the 50-50 digital deal, which was approved by Philippe P. Dauman, Viacom's chief, would set a precedent. "If this is seen as a bold stroke, all the better, because it's going to take bold thinking to move ahead," he said. But he said it was justified by the "South Park" team's stellar track record and by the changing balance of power between the buyers and creators of entertainment.

And further blurring the lines, *KateModern,* a UK show delivered on a social networking site is stealing ad revenue from networks:

> KateModern is screened in two-minute episodes five days a week on Bebo, the social networking

**CATEGORIES**

Content

The Brand

The Customer

**RECENT POSTS**

Subscribe to this blog's feed

**ARCHIVES**

August 26, 2007 - September 1, 2007

August 19, 2007 - August 25, 2007

March 25, 2007 - March 31, 2007

December 11, 2005 - December 17, 2005

November 13, 2005 - November 19, 2005

October 30, 2005 - November 5, 2005

October 23, 2005 - October 29, 2005

**LINKS**

del.icio.us

Technorati: Home

ChangeThis :: ChangeThis

BuzzMachine

Seth's Blog

Scobleizer: Microsoft Geek Blogger

Boing Boing: A Directory of Wonderful Things

Micro Persuasion - Steve Rubel

URBANintelligence (the archives)

> *site that has 36m users, including 10.7m young people in Britain. "If anyone here hasn't heard of Bebo, it's basically heroin for 14-year-olds," quipped comedian and panel chairman Dara O'Brien.*

Mark Cuban can grouse all he wants about how the Internet is "dead and boring" but here at GIGANTIC, we think things are just starting to get interesting.

Posted on August 27, 2007 at 04:27 PM in Content, The Brand | Permalink | TrackBack (0)
Technorati Tags: Bebo, Branded Content, Brands, Content, KateModern, Mark Cuban, South Park

### Brands + Content = Growth

**ADWEEK**

A recent article in Adweek points to the increasing shift to alternative media strategies in the ad-spend by major brands.

> *Two of the fastest-growing media segments over the next five years will be branded entertainment and mobile services, according to a study conducted by private equity firm Veronis Suhler Stevenson.*

We at GIGANTIC feel strongly that as the space matures, brands will increasingly need to deveop first-generation content that organically fits the media channel. Too many brands are attempting to simply adapt content to a traditional format or to embed the brand into an already existing entertainment property. In our opinion, this approach leaves the customer out of the conversation.

Obviously these methods have low threshold barriers to a brand looking to experiment in the space, however, wouldn't it be more powerful if Jack White had released the Coke song as an authentic single not as a track to a :30 second spot, or if a brand like Home Depot created it's own how-to series?

Posted on August 22, 2007 at 10:52 AM in Content, The Brand | Permalink | TrackBack (0)

**It's Time for Stevens**



Stevens Institute of Technology recently asked us to help them redefine their brand and optimize it for the online space. Working from the strategic positioning that *Now is the Time for Stevens*, we redesigned the university's website and consulted with the Communications and IT Departments to identify a content management system (CMS) that was user friendly and well suited to an academic environment. We identified CommonSpot from PaperThin as the perfect solution. The ability to integrate blog content, deliver podcasts and handle streaming video were all important features that allow for a platform that delivers on our proprietary strategy of Building and Programming a Network Around a Brand. Look for the site to launch in Q2 of 2007.

Posted on March 26, 2007 at 02:07 PM in The Brand | Permalink | TrackBack (0)

**Making Starwood a Star**



Our work for the Starwood family of brands has ranged from integrated campaigns for seasonal promotions to a meeting planner program positioning Boston as "The Smarter Place to Meet."

Our client has called our work a smart balance of branding and direct response. We think it's because we have a smarter way to work.



Posted on March 26, 2007 at 01:29 PM in The Brand | Permalink | TrackBack (0)

### Luxury-Branded Real Estate



Villa Milano is a new real estate development in Orlando. We created the brand to reflect a new level of attention to detail and luxury in the Orlando market. Call it luxury-branded real estate; it is a trend that is redefining how real estate is marketed.

The Villa Milano experience includes an exclusive VIP List and its very own estate-bottled wine.



Posted on March 26, 2007 at 12:46 PM in The Brand | Permalink | TrackBack (0)

### Branded Content and Streaming Video

 We are creating and producing content through exclusive partnerships with a range

of production companies. Our expertise extends from original television programming built around brands to webisodes that entertain and inform. We see Branded Content as an executional extension of our philosophy of "Building and Programming a Network Around a Brand."



This pilot for "Lucky Magazine" called is an example of streaming content produced for iPods, mobile phones and webcasting. The still frame (above) is from "LaDolce Vespa" a humorous take on the Vespa lifestyle.

Posted on March 26, 2007 at 12:03 PM in Content | Permalink | TrackBack (0)

**Viral Flash Work**



From its earliest days URBANadvertising was known for creating viral flash work that garnered media attention and captured viewer's imaginations. From viral flash animations like The Oracle of Advertising which offered unexpected answers to virtually any question you may have about the advertising business, to work for Citymeals-On-Wheels, to a campaign announcing the now infamous URBANadvertising Exploited t-shirt, which sold thousands of shirts through an innovative online pop-up store — the work always resonated with its audience.

Posted on March 26, 2007 at 10:07 AM in Content | Permalink | TrackBack (0)

**The season for giving.**



We hope you'll remember the homebound elderly in your charitible efforts. You can watch our :30 for Citymeals-on-Wheels here.

Make your donation to Citymeals-on-Wheels here.

Posted on December 15, 2005 at 03:19 PM in The Customer | Permalink | TrackBack (0)

**Dear JetBlue,**



Having a wonderful time in ForwardClass, wish you were here!

We know that you are currently looking for new ideas and that you have an unresolved pitch underway. If you were talking to us, we'd be moving you up to ForwardClass.

Warm regards,

The Gigantic Team

Posted on November 18, 2005 at 11:43 AM in The Brand | Permalink | TrackBack (0)

**URBANintelligence**

For research purposes, we have archived all the posts from URBANintelligence here.

Posted on November 16, 2005 at 06:47 PM in Content | Permalink | TrackBack (0)

# Exhibit B

Home   Us   Cases   Contact

Every now and then we meet one of you and know it instantly. You dare to be different and want to be famous for it. You crave to build the new on your own terms, even when others don't understand it or say it can't be done. You aren't afraid of failure because you're stronger than that. You cheer for the invention of great ideas and believe in their power. You don't settle, even if it might be easier. You sometimes don't sleep at night because your gut is telling you it could get better. You could go further. You inspire us. And that's why we come in every morning.



Home   Us   Cases   Contact

# Neil Powell

President/ECD

Neil is a veteran of both the graphic design and advertising industries, having spent the first 10 years of his career at world-renowned agency Fallon. While serving as creative director and managing partner of Fallon NY, Neil also ran the agency's design unit, Duffy Design, where he was president and executive creative director. His background and creative experience have been on brands such as The Coca-Cola Company, BMW North America, Jim Beam Brands, Time Magazine, Kellogg's, Nikon, Georgia Pacific, International Flavors & Fragrances, Minute Maid, Armani, FAO Schwarz, Perry Ellis, Rheingold Beer, Mike's Hard Lemonade, VitaminWater, Disney Theme Parks and Samsung. One of the industry's most awarded creatives, Neil has had his work recognized by the Cannes International Advertising Festival, the AIGA, The Art Directors Club, One Club for Art and Copy and D&AD, as well as by Graphis, I.D. and Communication Arts magazines. His work is also in permanent collection at The Smithsonian Institute's Cooper-Hewett Design Museum. Neil is an active member of both the AMA's Effie Steering Committee and The Art Directors Club Board of Directors.

# Josh Rogers

Partner/Concept Director

Josh was born in the woods.  Later, after earning his English literature degree from the University of Virginia, he was not drafted by the Celtics.  So he moved to New York to become an advertising executive.  During stints as a planner at McCann Erickson and Berlin Cameron, he realized that a traditional structure with departments that made traditional ads wasn't necessarily the most effective way to solve every marketing problem.  It also wasn't the most effective way to make him happy.  In 2002 he luckily met Neil and joined Powell, and they've been having fun making work that typically defies labels ever since.
For his work with brands like Rheingold Beer, Disney, Reebok the NBA, Coca Cola and Sundance Josh has short-listed at Cannes, won One Show pencils, CLIOs, EFFIEs and the Jay Chiat Planning Award.  He's now a founding partner at We Are Gigantic and the Concept Director at the agency, which means he makes sure we've got the right ideas.  He also lives in the woods again, at least part time.

# Jenna Moran

Director of New Business Development

Jenna Moran is a marketing strategist with account management training and a keen understanding of creative. She began her career at Y&R NY where she managed accounts including Jell-O, Miller, Andersen Consulting and Key Bank.

Jenna spent three years at the Martin Agency and was the conceptual and strategic half of the leadership duo of the Brand First Entertainment group. She also freelanced as a founding member of Euro RSCG's Mesner Fuel Europe in Amsterdam overseeing the interactive and event branding for Volvo's Pan-Europe efforts. She brings over 10 years of management experience, as well as insight, into the emerging ad marketplace in digital TV, content development, games and wireless devices. She was directly responsible for creative content development, guiding channel strategies and empowering clients to invest in new spaces with realistic expectations.

Home    Us    **Cases**    Contact

We believe in singular ideas that can translate across any media. Even those that don't exist yet. Here are a few of our favorites.

### Mike's Hard Lemonade

To masculinize what had come to be perceived as the "gateway drink" for girls, we introduced the American male to "Mikesology," a philosophy based on the idea that each of us can look like we've moved beyond our fratty beer days without losing our soul to the super mature world of spirits. It's not adulthood, but, rather, "Adultiness."



Web films




On-premise media




# Exhibit C

**MDC PARTNERS**
WHERE GREAT TALENT LIVES

About MDC   Our Partners   News + Events   Investors   Contact Us

At MDC Partners, we believe that talent — in strategy, in creativity, in innovation — is more important to marketers than the convenience of one-stop shopping. We invest in talent and in companies which invest in talent. It's more important to be really good at what you do than just to do it in 65 countries.

We partner with entrepreneurs who share our commitment to talent and excellence. We partner with talent who is passionate about their work – and even more passionate about its working in the marketplace. We partner with owners who remain owners and remain active, not those just living out a contract.

And we are proud every day to have the Partners we do. We succeed only through them.

ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group



# MDC PARTNERS
WHERE GREAT TALENT LIVES

About MDC | Our Partners | News + Events | Investors | Contact Us

ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group



We Are Gigantic is the newly formed agency led by former MargeotesFertittaPowell senior management, Neil Powell and Josh Rogers.  Clients include Mike's Hard Lemonade, Sundance Film Festival and Nestle Waters.

Neil Powell, President/Executive Creative Director
Tel: (212) 979-6600
E-mail

411 Lafayette Street
6th Floor
New York, NY 10003

http://www.wearegigantic.com/



▸ 1  2  3  4  5

# MDC PARTNERS
### WHERE GREAT TALENT LIVES

About MDC | Our Partners | News + Events | Investors | Contact Us





ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group

We Are Gigantic is the newly formed agency led by former MargeotesFertittaPowell senior management, Neil Powell and Josh Rogers. Clients include Mike's Hard Lemonade, Sundance Film Festival and Nestle Waters.

Neil Powell, President/Executive Creative Director
Tel: (212) 979-6600
E-mail

411 Lafayette Street
6th Floor
New York, NY 10003

http://www.wearegigantic.com/



1 2 3 4 5

# MDC PARTNERS
WHERE GREAT TALENT LIVES

About MDC  |  Our Partners  |  News + Events  |  Investors  |  Contact Us





ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group

We Are Gigantic is the newly formed agency led by former MargeotesFertittaPowell senior management, Neil Powell and Josh Rogers. Clients include Mike's Hard Lemonade, Sundance Film Festival and Nestle Waters.

Neil Powell, President/Executive Creative Director
Tel: (212) 979-6600
E-mail

411 Lafayette Street
6th Floor
New York, NY 10003

http://www.wearegigantic.com/



1 2 **3** 4 5



About MDC    Our Partners    News + Events    Investors    Contact Us



ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group

We Are Gigantic is the newly formed agency led by former MargeotesFertittaPowell senior management, Neil Powell and Josh Rogers. Clients include Mike's Hard Lemonade, Sundance Film Festival and Nestle Waters.

Neil Powell, President/Executive Creative Director
Tel: (212) 979-6600
E-mail

411 Lafayette Street
6th Floor
New York, NY 10003

http://www.wearegigantic.com/



1 2 3 **4** 5







ACCENT
Accumark Communications
ACLC
Allard Johnson Communications
Banjo Strategic Entertainment
BOOM! Marketing
Bratskeir & Company
Bruce Mau Design
Bryan Mills Iradesso
Cliff Freeman and Partners
Colle+McVoy
company c
Computer Composition of Canada
Crispin Porter + Bogusky
Dotglu
Fletcher Martin
Hello Design
henderson bas
HL Group
Ito Partnership
kirshenbaum bond + partners
LIME Public Relations + Promotion
Media Kitchen
mobium creative group
mono
Northstar Research Partners
Onbrand *
PUSH Interactive
Redscout
Source Marketing
TargetCom
Trapeze Media
Trend Core Group
Veritas Communications
VitroRobertson
WeAreGigantic
Yamamoto Moss Mackenzie
Zig
Zyman Group

We Are Gigantic is the newly formed agency led by former MargeotesFertittaPowell senior management, Neil Powell and Josh Rogers. Clients include Mike's Hard Lemonade, Sundance Film Festival and Nestle Waters.

Neil Powell, President/Executive Creative Director
Tel: (212) 979-6600
E-mail

411 Lafayette Street
6th Floor
New York, NY 10003

http://www.wearegigantic.com/





1 2 3 4 5

