```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Gigantic Marketing, Inc.,

        Plaintiff,

- against -

Margeotes Fertitta Powell LLC., d/b/a
We Are Gigantic, et al.,

        Defendants.
------------------------------------x

07 Civ. 6400 (PAC)
ORDER OF DISCONTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the parties reached an agreement in principle to resolve this action[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within thirty (30) days of the date hereof. The Court will sign a stipulation of dismissal upon receipt from either party. In light of the agreement in principle, the January 7, 2008 Pretrial Conference is adjourned "sine die".

Dated: New York, New York
       January 4, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

---

[1] See the January 3, 2008 letter (attached) signed by both parties.

# DARBY & DARBY

INTELLECTUAL PROPERTY LAW

NEW YORK
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-0047
TEL 212.527.7700
FAX 212.527.7701
www.darbylaw.com

NEW YORK
SEATTLE
WASHINGTON, D.C.
SAN JOSE
PALM BEACH GARDENS
FRANKFURT

January 3, 2008

Reference: 21172/6003187-000

AMY J. BENJAMIN
PRINCIPAL
212.527.7695
abenjamin@darbylaw.com

VIA FACSIMILE 1-212-805-6304

Hon. Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Re: *Gigantic Marketing Inc. v. MargeotesFerittaPowell LLC*, Case No. 07-CV-6400 (PAC)(RLE) (S.D.N.Y filed July 13, 2007)

Dear Judge Crotty:

We are pleased to report that the parties have reached an agreement in principle to resolve this action.

A status conference is currently scheduled for Monday January 7 before Your Honor. In light of the settlement, the parties request that the case be conditionally dismissed with leave to reopen in 30 days. This should give the parties sufficient time to finalize their agreement and submit a Stipulation of Dismissal. There have been no prior requests to adjourn this date.

Respectfully submitted,

Amy J. Benjamin (AB6056)
Atul R. Singh (AS0873)
DARBY & DARBY PC

Attorneys for Plaintiff
Gigantic Marketing Inc.

Edward H. Rosenthal (BR8022)
Cameron A. Myler (CM7942)
FRANKFURT KURNIT KLEIN & SELZ PC

Attorneys for Defendants
MargeotesFerittaPowell LLC dba WeAreGigantic, Neil Powell and MDC Partners Inc.

AJB:ars

**MEMO ENDORSED**

{W:\21172\6003187-00001371599.DOC}