UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GIGANTIC MARKETING, INC.,      :
                               :
             Plaintiff,        :
                               :
     v.                        :   Case No. 07-CV-6400 (PAC) (RLE)
                               :
MARGEOTESFERTITTAPOWELL LLC    :   ECF Case
d/b/a WE ARE GIGANTIC,         :
NEIL POWELL, and MDC PARTNERS  :
INC.,                          :
             Defendants.       :
----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008
```

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Gigantic Marketing, Inc. ("Gigantic") and defendants MargeotesFertittaPowell LLC d/b/a We Are Gigantic, Neil Powel and MDC Partners Inc. (collectively "Defendants"), by and through their respective counsel, hereby file this Stipulation for Voluntary Dismissal With Prejudice in this action and state as follows:

1. Gigantic and Defendants have agreed to settle this action filed pursuant to a confidential settlement agreement.

2. Gigantic and Defendants have agreed that each of them shall bear its/his own attorney's fees and costs.

Date: 2/4/08

Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Amy J. Benjamin (AB 6886)
Atul R. Singh (AS-0873)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042

{W:\21172\6003187-000\01410216.DOC *211726003187-000* }

Tel:   212.527.7700
Fax:   212.527.7701
Email: abenjamin@darbylaw.com
Email: asingh@darbylaw.com

*Attorneys for Plaintiff*
Gigantic Marketing, Inc.

Date: 2/1/08

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal (ER-8022)
Cameron A. Myler (CM-7942)
488 Madison Avenue
New York, New York 10022
Tel: 212.980.0120
Fax: 212.593-9175
Email: erosenthal@fkks.com
Email: cmyler@fkks.com

*Attorneys for Defendants*
MargeotesFertittaPowell LLC d/b/a We Are Gigantic, Neil Powell and MDC Partners Inc.

So Ordered: _____
Hon. Paul A. Crotty

Date: FEB 0 5 2008

2

{W:\21172\6003187-000\01410216.DOC *211726003187-000* }